UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21316-CIV-SEITZ/SIMONTON

MARIA ELENA LOPEZ,
    Plaintiff,

vs.

FIRSTBANK PUERTO RICO,
    Defendant.
_____/

## ORDER ADOPTING FINDINGS OF MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the Report and Recommendation Re: Fair and Reasonable Settlement and Dismissal With Prejudice [DE-21], entered by Magistrate Judge Simonton. On August 24, 2102, Magistrate Judge Simonton conducted a fairness hearing on the parties' settlement of this Fair Labor Standards Action and determined that the compromise reached by the parties, including the resolution of costs and attorneys' fees, was a "fair and reasonable" outcome of the parties' bona fide dispute under *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir.1982). Therefore, upon review, it is hereby

ORDERED that

    (1)    Magistrate Judge Simonton's findings are ADOPTED.

    (2)    All pending motions not otherwise ruled upon are DENIED AS MOOT.

    (3)    The Court shall retain jurisdiction of this matter to enforce the terms of the settlement until September 28, 2012.

    (4)    This case is DISMISSED WITH PREJUDICE and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 4th day of September, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Magistrate Judge Simonton